AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___ac___
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Eyleen Caribay AULAR-Marin, Edson Jose CONTRERAS-Torrealba | ) ) ) ) ) |
| *Defendant(s)* | |

Case No. **SA:24-MJ-1183**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 19, 2024__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S. Code 1591 | Sex trafficking by force, fraud, or coercion |
| | Penalties: 15 to life, $250,000 fine, Minimum 5 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

**SHEN SHAO**
Digitally signed by SHEN SHAO
Date: 2024.08.20 10:30:18 -05'00'

*Complainant's signature*

Shen Shao, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/20/2024

*Judge's signature*

City and state: San Antonio, Texas

Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Shen Shao, being duly sworn do hereby depose and state:

1. Your affiant is currently employed as a Special Agent (SA) with the Homeland Security Investigations (HSI) and has been so employed since March 2020. Since March 2020, your affiant has participated in investigations concerning violations of Title 18. Having handled all aspects of investigations involving human trafficking, your affiant recognizes the manner and means, the victim-based nuances, and the organizational structure associated with human trafficking.

2. On August 19, 2024, as part of an ongoing investigation into domestic sex trafficking, officers with the San Antonio Police Department responded to an internet-based social media post advertising sex for a fee at a motel located on San Pedro blvd in San Antonio, Texas, in the Western District of Texas. An undercover officer posing as a customer, aka "a john," contacted the females in the room he was instructed to go to for a sexual encounter in exchange for U.S. currency.

3. When the undercover officer entered the designated motel room, he observed two female occupants, Victim 1 and Victim 2, ultimately identified as undocumented Venezuelans. The victims told the undercover officer the price for sex was $300 for fellatio and sexual intercourse with both.

4. Law enforcement officers and agents with SAPD and HSI interviewed the victims who stated advertisements of them to engage in sexual activity are placed online and that they are sold for $100-$200 for sexual activity lasting between 15 to 60 minutes. The victims identified their traffickers as Edson Jose CONTRERAS-Torrealba and Eyleen Caribay AULAR-Marin, also undocumented immigrants from Venezuela. The victims cooperated in texting CONTRERAS-Torrealba asking him to bring food to them. Shortly after, CONTRERAS-Torrealba and AULAR-Marin arrived at the motel together and were detained. A loaded handgun was recovered from CONTRERAS-Torrealba vehicle.

5. Both victims stated they are afraid of AULAR-Marin and CONTRERAS-Torrealba and are forced to engage in commercial sex up to twenty hours a day. The victims stated some clients would pay the fee to a Zelle account in AULAR-Marin's name. The victims stated CONTRERAS-Torrealba always carried a pistol with him. The victims described that AULAR-Marin and CONTRERAS-Torrealba force them to engage in commercial sex by threats of violence.

6. Victim 1 stated approximately seventy percent of the money she receives in exchange for commercial sex is given to AULAR-Marin and CONTRERAS-Torrealba. Victim 1 stated CONTRERAS-Torrealba once threatened to shoot her in the leg after she talked back to him. She also stated AULAR-Marin and CONTRERAS-Torrealba told her she cannot leave the motel, and anything she needed would be brought to her.

7. Victim 2 stated that AULAR-Marin and CONTRERAS-Torrealba helped smuggle her into the United States for a fee of $30,000 USD and approximately sixty percent of the money she receives in exchange for commercial sex is given to them to pay down this debt. She stated they took her Venezuelan identification documents from her. She also stated AULAR-Marin and CONTRERAS-Torrealba have threatened to hurt her family in Venezuela if she did not comply.

8. Following his constitutional and statutory rights, CONTRERAS-Torrealba agreed to speak to federal agents with HSI. CONTRERAS-Torrealba admitted to trafficking the victims by using internet-based social media applications accessed with his cell phones which he utilized to post advertisements for commercial sex provided by the victims and to coordinate with those soliciting commercial sex from the advertisement. He further admitted the money from victim's sex acts provide most of the income for him and AULAR-Marin. CONTRERAS-Torrealba stated he bought the recovered pistol from a friend in Chicago.

9. Following her constitutional and statutory rights, AULAR-Marin agreed to speak to HSI Special Agents. AULAR-Marin stated she helped CONTRERAS-Torrealba recruit girls to engage in commercial sex. AULAR-Marin admitted to knowing that the victims were engaging in commercial sex.

10. Based on the above facts, your affiant believes there is probable cause that Edson Jose CONTRERAS-Torrealba and Eyleen Caribay AULAR-Marin, engaged in the federal offense of Sex Trafficking by Force, Fraud, or Coercion in violation of Title 18, U.S.C. 1591.

SHEN SHAO
Digitally signed by SHEN SHAO
Date: 2024.08.20 10:31:13 -05'00'

Special Agent Shen Shao
Homeland Security Investigations

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF August, 2024.

HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE